UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF BAKERSFIELD,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00220 - DAD - JLT<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE |

　　Robey Hairston is a state prisoner who seeks to proceed *in forma pauperis* with a claim against a district attorney and judge of the Superior Court of Kern County, in Bakersfield, California. (*See* Docs. 1, 2) Plaintiff contends his civil rights were violated and he suffered bodily injury in an incident at Tehachapi California Correctional Institution on September 28, 2014. (*See* Doc. 1 at 3)

　　Previously, Plaintiff filed a complaint related to the same incident and against similar defendants in Case No. 1:16-cv-01190-LJO-BAM. The Court observed that "Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that '[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.'" (Case No. 1:16-cv-01190-LJO-BAM, Doc. 15 at 1-2) The Court took judicial notice of the fact that Plaintiff previously filed three actions that were

dismissed by the Central District of California, including:  *Hairston v. Hudson*, 5:10-cv-00750-UA-MLG (C.D. Cal.) (dismissed May 28, 2010); *Hairston v. Oliver*, 5:10-cv-00775-UA-MLG (C.D. Cal.) (dismissed June 8, 2010); *Hairston v. CCI/CDC*, 5:10-cv-00865-UA-MLG (C.D. Cal.) (dismissed June 23, 2010).  Finding Plaintiff had filed three cases that were dismissed for the reasons identified under 28 U.S.C. § 1915(g), the action was dismissed "without prejudice to re-filing *accompanied by the $400.00 filing fee.*"[1]  (Case No. 1:16-cv-01190-LJO-BAM, Doc. 15 at 2) (emphasis omitted).

Significantly, Plaintiff failed to pay the filing fee as ordered by the Court when filing this action.  Accordingly, Plaintiff is ordered to pay the $400.00 filing fee within fourteen days of the date of service of this order.

**Failure to comply will result in the Court dismissing the action**.

IT IS SO ORDERED.

Dated:   **March 16, 2017**              /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] As the Court previously determined, Plaintiff's allegations do not satisfy the imminent danger exception to Section 1915(g), because his complaint concerns an incident from September 2014—more than two years prior to the filing of the action—and fraud in a state court action.  (*See* Case No. 1:16-cv-01190-LJO-BAM, Doc. 15 at 2*,* citing *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007)).